IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § | Case No. 12-36187 |
| ATP OIL & GAS CORPORATION, | | Chapter 11 |
| Debtor. | | |
| DIAMOND OFFSHORE COMPANY, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | ADVERSARY NO. 12-03425 |
| ATP OIL & GAS CORPORATION, | | |
| Defendant. | | |

## DIAMOND OFFSHORE COMPANY'S NOTICE OF APPEAL

Diamond Offshore Company appeals under 28 U.S.C. § 158(a) from the bankruptcy judge's Order Denying Plaintiffs' Second Motion for Summary Judgment, entered in this adversary proceeding on July 24, 2013 [Dkt. No. 167] and related Memorandum Opinion, entered on July 24, 2013 [Dkt. No. 165].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Diamond Offshore Company
Represented by:
Paul J. Dobrowski
Dobrowski, Larkin & Johnson LLP
4601 Washington Avenue, Suite 300
Houston, Texas  77007
713-659-2900
pjd@doblaw.com

ATP Oil & Gas Corporation
Represented by:
Charles Stephen Kelley
Mayer Brown, LLP
700 Louisiana Street, Suite 3400

Houston, Texas  77002
713-238-2634
ckelley@mayerbrown.com

ATP Oil & Gas Corporation
Represented by:
David C. Mattka
Musch Hardt Kopf & Harr, PC
401 Congress Avenue, Suite 3050
Austin, Texas  78701
512-391-6100
dmattka@munsch.com

C-Port/Stone, LLC
Represented by:
S. Ault Hootsell, III
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130
504-584-9371
hootsela@phelps.com

Credit Suisse AG
Represented by:
Charles A. Beckham, Jr.
Haynes & Boone
1221 McKinney  Street, Suite 2100
Houston, Texas  77010
713-547-2000
beckhamc@haynesboone.com

EPS Cargo Handlers Company
Represented by:
Robin B. Cheatham
Adams Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana  70139
504-585-0411
robin.cheatham@arlaw.com

Expeditors and Production Services Company
Represented by:
Robin B. Cheatham
Adams Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana  70139

504-585-0411
robin.cheatham@arlaw.com

Gulf Offshore Logistics, LLC
Represented by:
S. Ault Hootsell, III
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130
504-584-9371
hootsela@phelps.com

Hornbeck Offshore Services, LLC
Represented by:
Robin B. Cheatham
Adams Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana  70139
504-585-0411
robin.cheatham@arlaw.com

Offshore Service Vessels, LLC
and Martin Holdings, LLC
Represented by:
S. Ault Hootsell, III
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130
504-584-9371
hootsela@phelps.com

The Official Committee of Unsecured
Creditors of ATP
Represented by:
James Matthew Vaughn
Porter & Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas  77002
713-226-6687
mvaughn@porterhedges.com

Barry Graham Oil Service, LLC
Represented by:
S. Ault Hootsell, III
Phelps Dunbar
365 Canal Street, Suite 2000

New Orleans, Louisiana  70130
504-584-9371
hootsela@phelps.com

Champion Technologies, Inc.
Represented by:
Michael D. Rubenstein
Liskow Lewis
1001 Fanin Street, Suite 1800
Houston, Texas  77002
713-651-2953
713-651-2952 (fax)
mdrubenstein@liskow.com

EPS Logistics Company
Represented by:
Robin B. Cheatham
Adams Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana  70139
504-585-0411
504-566-0210 (fax)
robin.cheatham@arlaw.com

Frank's Casing Crew and Rental Tools, Inc.
Represented by:
Joseph Patrick Hebert
Liskow & Lewis
PO Box 520085
Lafayette, Louisiana  70505-2008
337-232-7424
337-267-2399 (fax)
jphebert@liskow.com

Harvey Gulf International Marine, Inc.
Represented by:
Robin B. Cheatham
Adams Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana  70139
504-585-0411
504-566-0210 (fax)
robin.cheatham@arlaw.com

Kurtzman Carson Consultants
Represented by:

Jason Scott
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, California  90245
310-823-9000
310-751-1549 (fax)
ECFpleadings@kccllc.com

Offshore Energy Services, Inc.
Represented by:
Michael D. Rubenstein
Liskow Lewis
1001 Fanin Street, Suite 1800
Houston, Texas  77002
713-651-2953
713-651-2952 (fax)
mdrubenstein@liskow.com

The Bank of New York Mellon  Trust
Company, NA
Represented by:
Paul M. Davis
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas  77002
713-220-4003
pauldavis@andrewskurth.com

The Bank of New York Mellon  Trust
Company, NA
Represented by:
John James Sparacino
Vorys Sater Seymour & Pease LLP
700 Louisiana, Suite 4100
Houston, Texas  77002
713-588-7038
713-588-7050 (fax)
jjsparacino@vorys.com

United States
Represented by:
E. Kathleen Shahan
U.S. Department of Justice
1100 L Street NW
Washington, DC  20005
202-307-0249

    202-307-0494 (fax)
    kathie.shahan@usdoj.gov

    Victor Weitao Zhao
    U.S. Department of Justice
    1100 L. Street, Room 10044
    Washington, DC  20005
    202-307-0958
    victor.w.zhao@usdoj.gov

                          Respectfully submitted,


                          DOBROWSKI, LARKIN & JOHNSON L.L.P.

                          By:   */s/ Paul J. Dobrowski*
                                Paul J. Dobrowski
                                Texas Bar No. 05927100
                                Federal Bar No. 3208
                                pjd@doblaw.com
                                4601 Washington Avenue, Suite 300
                                Houston, Texas 77007
                                Telephone:   (713) 659-2900
                                Facsimile:    (713) 659-2908

                          ATTORNEY FOR PLAINTIFF

OF COUNSEL:

Berry D. Spears
Bar  No. 18893300
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:   (512) 474-5201
Facsimile:    (512) 536-4598
ATTORNEY-IN-CHARGE FOR PLAINTIFF

F. Henri Lapeyre, Jr.
LAPEYRE AND LAPEYRE, L.L.P.
Louisiana Bar No. 08035
400 Magazine Street, Suite 304
New Orleans, Louisiana 70130
Telephone:   (504) 524-5152
Facsimile:    (504) 524-3321

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on the 7th day of August, 2013, via ECF filing system and Regular U.S. Mail.

                                          */s/ Paul J. Dobrowski*
                                          Paul J. Dobrowski